UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICELAND FOODS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:09CV830 CDP |
| | ) |
| SCF MARINE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on my review of the Memorandum filed by plaintiffs on February 12, 2010. I will grant plaintiffs' request to renew their motion to transfer, but I will not set the motion for a hearing at this time. I will also grant defendant's motion for leave to file a supplemental brief. Plaintiffs may file a supplemental reply brief in support of their motion if they deem it necessary, but the parties need not restate previous arguments as I am familiar with the issues.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to transfer [#29] is reinstated.

**IT IS FURTHER ORDERED** that defendant's motion to file a supplemental brief [#43] is granted, and defendant's supplemental brief shall be

filed no later than fourteen days from the date of this Order.

**IT IS FURTHER ORDERED** that plaintiffs may file any supplemental reply brief no later than fourteen days after defendant's supplemental brief is filed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2010.