UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RICELAND FOODS, INC., et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:09 CV 830 CDP |
| SCF MARINE, INC., | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on defendant's motion to consolidate this case with Riceland Foods, Inc. et al., v. SCF Marine, Inc., Cause Number 4:09CV1941 CEJ, currently pending in this Court before the Honorable Carol E. Jackson. Plaintiffs have no objection to consolidation. Because these cases involve common parties as well as related factual and legal issues, the motion to consolidate will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to consolidate [#57] is granted.

**IT IS FURTHER ORDERED** that this case is consolidated with Riceland Foods, Inc. et al., v. SCF Marine, Inc., Cause Number 4:09CV1941 CEJ, for all purposes.

**IT IS FURTHER ORDERED** that from this date forward all papers shall be filed in this case only, that no further pleadings or papers be filed in Cause Number

4:09CV 1941 CEJ and that Cause Number 4:09CV 1941 CEJ is administratively closed.

**IT IS FURTHER ORDERED** that the motion to supplement [#59] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2010.